UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 5:19-MJ-00057-1JLT |
|---|---|---|
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| MARY MOLINA, | ) | |
| Defendant. | ) | |

Mary Molina has attested to her financial inability to employ counsel and wishes the Court to appoint counsel to represent her. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. John Meyer is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to December 16, 2019. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __December 17, 2019__       ___/s/ Jennifer L. Thurston___
UNITED STATES MAGISTRATE JUDGE